IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.

HENRY ARMANDO CHILEL-CAX,

Defendant.

Case No. 2:26-mj-*122*



FILED

APR 2 2 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher J, Cruz, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Norfolk, Virginia. I have been employed with ICE for more than eight years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 & 18 of the United States Code.

3. This affidavit is submitted in support of an application for a criminal complaint charging HENRY ARMANDO CHILEL-CAX (hereafter referred to as "CHILEL-CAX") for violations of Title 18, United States Code, Section 111 (assaulting, resisting, or impeding certain officers or employees) and Title 18, United States Code, Section 1361 (depredation against property of the United States).

4. The facts and information contained in this Affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This Affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about April 3, 2026, federal officers with U.S. Immigration and Customs Enforcement were engaged in the performance of their official duties in connection with an enforcement operation involving a vehicle stop of a subject believed to be within the United States illegally in the vicinity of Chesapeake Blvd and Little Creek Road in Norfolk, Virginia, within the Eastern District of Virgina.

   *[handwritten: while on Little Creek road at the intersection with Chesapeake Boulevard]*

6. During this operation, a blue Ford cargo van bearing Virginia registration SXL4925 (hereafter "the target vehicle") operated by a then-unknown driver failed to comply with law enforcement in an unmarked Dodge Caravan which was signaling the target vehicle to pull over by way of activated emergency equipment lights and sirens.

   *[handwritten: The target vehicle was in the center lane of a 3-lane road.]*

7. As officers attempted to safely bring the target vehicle to a stop, having pulled alongside the target vehicle as it was moving, the target vehicle then turned sharply into and struck a government-owned law enforcement vehicle occupied by federal officers who were actively engaged in the performance of their official duties with emergency equipment activated. The target vehicle hit the government-owned vehicle on the driver's side, leading to the front driver's side tire being blown out and other significant damage.

   *[handwritten: The stop was initiated by a Nissan Altima with emergency equipment activated, behind the target vehicle. After the target vehicle failed to yield after commands were given on a loudspeaker, the Dodge Caravan pulled alongside in the right lane. The lane in front of the target vehicle was not obstructed.]*

8. After the government-owned vehicle was struck, the target vehicle fled from the scene of the incident at high rate of speed driving recklessly weaving between vehicles. Federal Officers on site did not pursue and or follow the target vehicle.

9. As a result of the collision, the government-owned law enforcement vehicle sustained damage in the amount of approximately seven thousand nine hundred seventy-five dollars and forty cents ($7,975.40).

10. After the incident Federal Officers during the course of an investigation were able to locate the target vehicle in a driveway in Flowers Terrace within the City of Newport News, Virginia. The target vehicle was registered to another individual, Armando Chilel Chavez, who was arrested on or about February 17, 2026, and removed to Guatemala on February 23, 2026.

11. On April 22, 2026, at approximately 0830 hours, federal officers stopped the target vehicle and arrested CHILEL-CAX at Iris Circle within Moyock, North Carolina. At the time of arrest, CHILEL-CAX was driving the target vehicle, and was positively identified by agents involved in the April 3 incident as the driver of the target vehicle on April 3. CHILEL-CAX elected not to make statements to the arresting officers.

   *[handwritten: Specifically, Deportation Officer Scott was present on both April 3 + April 22 and positively identified CHILEL-CAX.]*

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that:

2

a. On April 3, 2026, in Norfolk, Virginia within the Eastern District of Virginia, CHILEL-CAX did forcibly assault, resist, oppose, impede, intimidate, and interfere with federal officers and employees of the United States, namely ICE officers, while they were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Section 111.

b. On the same date and within the same district, CHILEL-CAX did willfully injure and commit depredation against property of the United States, namely a government-owned law enforcement vehicle, and the amount of damage to such property exceeded $1,000, in violation of Title 18, United States Code, Section 1361.

2. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint for HENRY ARMANDO CHILEL-CAX.

Respectfully submitted,

Christopher J. Cruz
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to and subscribed
Before me April 22, 2026

The Honorable Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia

3